# IN THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

PATRICIA MITCHELL

Plaintiff(s), Case: 1:22-cv-01539) Judge James E. Boasberg

vs

Department of Treasury, Bureau of Fiscal Service,

Debt Management Services\Administrative Wage Garnishment,

United States Department of Agriculture, Animal and Plant Health Service,

Defendant(s)

# PLAINTIFFS' MOTION TO CORRECT A TYPOGRAPHICAL
# ERROR IN ORIGINAL COMPLAINT

The references to 'Plaintiff' and 'she' and 'her' in this document is referencing the plaintiff or those belonging to the plaintiff. Plaintiff, Patricia Mitchell, moves to correct a typographical error made on Page 6 of original complaint. Plaintiff mistakenly stated in paragraph 11, in the 7th line on page 6 of original complaint " And my balance was zero effective March 17, 2021".

1

This portion should accurately reads "And my balance was zero effective March 13, 2017".

Plaintiff just noticed the error on August 10, 2022 and this piece of information is critical to

understanding when the Plaintiff no longer owed a balance to Department of Agriculture. The

plaintiff respectfully requests the Court forgives this error and accept this motion as a correction

to the above-referenced text.


Date: August 10, 2022                                                    Respectfully submitted,



Patricia Mitchell

Pro Se Litigant, Plaintiff

1218 Calibre Lake Parkway SE

Smyrna GA 30082

(919) 943-7275

wells14310@gmail.com

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 of August 2022, a copy of this motion to the following

defendants via CM/ECF Court Electronic System.


United States Department of Agriculture, Animal and Plant Health Inspection Service

4700 River Road

Riverdale, Maryland 20737


Debt Management Services\Administrative Wage Garnishment

401 14th Street, SW, Room 446

Washington DC 20227


United States Department of Treasury, Bureau of Fiscal Service

200 3rd St.

Parkersburg, WV 26106


Patricia Mitchell

Pro Se Litigant, Plaintiff

1218 Calibre Lake Parkway

SE

Smyrna GA 30082

(919) 943-7275

wells14310@gmail.com